SILO, Respondent, v. LINDE, Appellant. (City Court of New York, General Term. December 27, 1899.) Action by James P. Silo against Herman Linde. From an order denying a motion to resettle an order, defendant appeals. Affirmed. Treadwell & Limburger, for appellant. Oppenheim & Severance, for respondent.

O'DWYER, J. On the hearing of the motion for a resettlement of the order as entered, and after having his attention directly called to the alleged errors in the order as entered, the justice determined that the order as entered correctly stated the papers used upon the motion and the decision of the court thereon; and with that disposition by the justice presiding we are not disposed to interfere. Order appealed from affirmed, with $10 costs and disbursements. All concur.

---

SINAY v. HUDSON & ATHENS FERRY CO., Limited. (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Action by Emily Sinay against the Hudson & Athens Ferry Company, Limited. No opinion. Motion for leave to go to the court of appeals denied. See 60 N. Y. Supp. 1148.

---

SINGER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by George Singer against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Hymes, Woytisek & Schaap, for respondent.

MacLEAN, J. The judgment herein is not to be reversed, as contended by the appellant, upon the doctrine of Pierce v. Railway Co., 21 App. Div. 427, 47 N. Y. Supp. 540, for there is no such preponderance of evidence in favor of the defendant in this case as there was in that so cited as precedent. Judgment affirmed, with costs.

FREEDMAN, P. J., concurs. LEVENTRITT, J., takes no part.

---

SIPPEL, Appellant, v. STANLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Mary Sippel against Cornelia M. Stanley and others. No opinion. Judgment affirmed, with costs.

---

SLOAN et al., Appellants, v. SALAMANCA NAT. BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by Samuel Sloan and others against the Salamanca National Bank, impleaded. No opinion. Judgment affirmed, with costs. All concur, except SMITH, J., not voting.

---

SMITH, Respondent, v. DUNCAN WATER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Lucy C. Smith against the Duncan Water Company. No opinion. Judgment affirmed, with costs. Smith v. City of Brooklyn, 160 N. Y. 357, 54 N. E. 787, followed.

SMITH v. HOFF et al. PERKINS v. SAME. CAMPBELL v. SAME. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Actions by Henry E. Smith, by Gilman H. Perkins, and by Frank Campbell against Samuel Hoff and others.

PER CURIAM. Motion to dismiss appeals in above-entitled cases granted, with $10 costs in one case, unless, within 20 days, the defendant serve copy of his proposed case in action No. 1 upon the plaintiff's attorney, and pay $10 costs to open his default, and $10 costs of the motion in case No. 1, in which event the motions are denied.

---

SMITH, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22 1899.) Action by Eunice A. Smith, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Order affirmed with costs. All concur, except ADAMS, J., no voting.

---

SMITH, Respondent, v. SMITH et al., Appellants (two cases). (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Actions by Esther J. Smith, as administratrix, etc., against Arthur J. Smith and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

SOCIALISTIC CO-OP. PUB. CO. v. KUHN et al. (Supreme Court, Appellate Division First Department. November 17, 1899.) Action by the Socialistic Co-operative Publishing Company against Henry Kuhn and others. No opinion. Motion denied, with $10 costs.

---

SPELLMAN, Respondent, v. MUEHLFELD, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1899. Action by John H. Spellman against F. Muehlfeld. H. J. Furlong, for appellant. J. Dehunty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SPENCER, Respondent, v. ALLEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899. Action by James D. Spencer against Theodore D. Allen and others. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, J., not voting.

---

SPROULL v. STAR CO. (Supreme Court, Appellate Division, First Department. December 22, 1899.) Action by Angeline M. Sproull against the Star Company. No opinion. Motion granted, with $10 costs.

---

STADIE, Appellant, v. McKAY et al., Respondents. (Supreme Court, Appellate Term. December 28, 1899.) Action by Max Stadie against John W. McKay and another. From a judgment in favor of defendants, plaintiff appeals. Affirmed. Headley M. Greene, for appellant. Geo. Harrison McAdam, for respondents.

PER CURIAM. Judgment affirmed, costs to the respondents.